[No. 13334-6-III.      Division Three.      November 10, 1994.]

*In the Matter of the Marriage of* JANE CLAYTON,
*Respondent*, and HAROLD CLAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-3-00509-6, Robert N. Hackett, Jr., J., entered
May 10, 1993. *Affirmed* by unpublished opinion per Sweeney,
J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 12636-6-III.      Division Three.      November 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
JOHN SOAPES, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-1-01953-4, John A. Schultheis, J., en-
tered July 20, 1992. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[Nos. 32577-9-I; 32670-8-I.    Division One.    November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN
ALAN SCHMAUS, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Sno-
homish County, Nos. 92-1-01295-7, 92-1-01296-5, Richard J.
Thorpe, J., entered April 5 and 20, 1993. *Affirmed* by unpub-
lished per curiam opinion.

[No. 31957-4-I.      Division One.      November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE
LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03293-3, Jim Bates, J., entered December
21, 1992. *Affirmed* by unpublished per curiam opinion.